**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 112928
*Attorneys for Plaintiff*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JAN 26 2018 ★

LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Dane Myron, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Firstsource Advantage, LLC,<br><br>Defendant. | Docket No: 2:17-cv-07035-JFB-AYS |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: January 26, 2018

BARSHAY SANDERS, PLLC

By: /s Craig B. Sanders
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: ConsumerRights@BarshaySanders.com
Our File No: 112928
*Attorneys for Plaintiff*

*The Clerk of the Court shall close the case.*

**SO ORDERED**

/ Joseph F. Bianco
USDJ
Date: Jan. 26, 2018
Central Islip, N.Y.